FILED
OCT 21 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR2876-GT |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| v. | |
| SERGIO CERVANTES-NAVARRO, | |
| Defendant. | |

### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Sentencing Hearing in the above entitled case be continued from October 24, 2011 at 9:30 a.m. to November 16, 2011, at 9:30 a.m.

Date: Oct. 21, 2011

HONORABLE GORDON THOMPSON
United States District Court Judge